# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UMG RECORDINGS, INC., *et. al.*, | |
|                       Plaintiffs, | Case No. 2:08-cv-00319-JCM-GWF |
| vs. | **ORDER** |
| WILLY DE LOS SANTOS, | |
|                       Defendant. | |

This matter is before the Court on Lisa J. Zastrow, Esq. and the law firm of Kaempfer Crowell Renshaw Gronauer & Fiorentino's *Ex Parte*[1] Motion to Remove Counsel from CM/ECF Service List and Request to Discontinue Notice and Special Notice (#14), filed November 19, 2010.

Ms. Zastrow requests that she be removed from the CM/ECF service list as she is no longer representing Plaintiffs UMG Recordings, Inc., Artista Records, LLC, Sony BMG Music Entertainment, Interscope Records and Elektra Entertainment Group. However, upon reviewing the docket in this action, the Court finds that Ms. Zastrow[2] has never withdrawn as counsel for record of Plaintiffs.

LR IA 10-6(b) states that "No attorney may withdraw after appearing in a case except by leave of court after notice is served on the affected client and opposing counsel." While a default judgment was entered on behalf of Plaintiffs on May 28, 2008 (#11), counsel for the plaintiffs never sought leave of the Court to withdraw from representation. As a result, Lyssa Anderson, Esq., Brian Shapiro, Esq. and Ms. Zastrow remain counsel of record for Plaintiffs.

---

[1] While the present motion is titled as "*ex parte*," the motion was served on all parties to this action and is therefore not a communication solely between the party filing the motion and the Court.

[2] Ms. Zastrow is listed in the court docket under her former law firm, Fox Rothschild LLP. She is currently practicing with the law firm of Kaempfer Crowell Renshaw Gronauer & Fiorentino.

The Court will consider the present motion as a motion to withdraw as counsel. To date, no party has filed a response to the present motion and the time for opposition has now expired. Furthermore, the Court finds the movant substantially establishes good cause for the withdrawal. In addition, Plaintiffs will continue to be represented by Lyssa Anderson, Esq. and Brian Shapiro, Esq. Accordingly,

**IT IS HEREBY ORDERED** that Lisa J. Zastrow, Esq. and the law firm of Kaempfer Crowell Renshaw Gronauer & Fiorentino's *Ex Parte* Motion to Remove Counsel from CM/ECF Service List and Request to Discontinue Notice and Special Notice (#14) is **granted**. The Clerk of the Court shall list Lisa J. Zastrow, Esq. and the law firm of Kaempfer Crowell Renshaw Gronauer & Fiorentino as withdrawn from this action.

DATED this 14th day of December, 2010.

*/s/ George Foley Jr.*
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**